# United States Bankruptcy Court
## of the
## Northern District Of Illinois
## Western Division

Trustee's Final Report

In Re: MICHAEL R. PETERS & TRISHA D. PETERS  Case Number: 06-71898
12902 ECHO DRIVE  SSN-xxx-xx-0541 & xxx-xx-3392
ROCKTON, IL  61072

Case filed on: 10/17/2006
Plan Confirmed on: 1/22/2007

D Dismissed

Total funds received and disbursed pursuant to the plan: $2,375.00     Detail of Disbursements below:

| Claim # | Name of the Claimant | Claimed by the Creditor | Allowed by the Court | Principal Paid | Interest Paid |
|---|---|---|---|---|---|
| 000 | BALSLEY & DAHLBERG LLP | 2,700.00 | 2,700.00 | 1,685.90 | 0.00 |
|  | Total Legal | 2,700.00 | 2,700.00 | 1,685.90 | 0.00 |
| 010 | MICHAEL R. PETERS | 0.00 | 0.00 | 0.00 | 0.00 |
| 999 | MICHAEL R. PETERS | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Debtor Refund | 0.00 | 0.00 | 0.00 | 0.00 |
| 001 | AMERICAN GENERAL FINANCE | 832.93 | 817.00 | 107.40 | 42.40 |
| 002 | NATIONAL CITY HOME LOAN SERVICES | 14,312.75 | 346.91 | 346.91 | 0.00 |
| 003 | 2P HOLDINGS LLC | 2,151.92 | 2,151.92 | 52.16 | 0.00 |
|  | Total Secured | 17,297.60 | 3,315.83 | 506.47 | 42.40 |
| 001 | AMERICAN GENERAL FINANCE | 0.00 | 15.93 | 0.00 | 0.00 |
| 004 | AFNI | 0.00 | 0.00 | 0.00 | 0.00 |
| 005 | ILLINOIS STUDENT ASSISTANCE COMM | 11,746.82 | 0.00 | 0.00 | 0.00 |
| 006 | MUTUAL MANAGEMENT SERVICES | 758.75 | 758.75 | 0.00 | 0.00 |
| 007 | US DEPARTMENT OF EDUCATION | 4,941.73 | 0.00 | 0.00 | 0.00 |
| 008 | ASSET ACCEPTANCE CORP | 353.69 | 353.69 | 0.00 | 0.00 |
| 009 | MUTUAL MANAGEMENT SERVICES | 187.50 | 187.50 | 0.00 | 0.00 |
|  | Total Unsecured | 17,988.49 | 1,315.87 | 0.00 | 0.00 |
|  | Grand Total: | 37,986.09 | 7,331.70 | 2,192.37 | 42.40 |

Total Paid Claimant:     $2,234.77
Trustee Allowance:       $140.23
Percent Paid Unsecured:     0.00

Wherefore, your petitioner prays that a final Decree be entered discharging the trustee and the trustee's surety from any and all liablility on account of the within proceedings, and closing the estate, and for such other relief as is just.  Pursuant to FRBP, I hereby certify that the subject case has been fully administered.

Report Dated:

  /s/ Lydia S. Meyer
Lydia S. Meyer, Trustee

This is to certify that a copy of this notice has been mailed to the debtor and the debtor's attorney.

Dated at Rockford, IL  on 09/27/2007            By  /s/Heather M. Fagan